AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**KIM L. ANDERSON,**

        **Petitioner,**

                              **JUDGMENT IN A CIVIL CASE**

**v.**

                              **CASE NO.   2:13-cv-00622**
**WARDEN, CHILLICOTHE**         **JUDGE EDMUND A. SARGUS, JR.**
**CORRECTIONAL INSTITUTION,**   **MAGISTRATE JUDGE NORAH MCCANN KING**

        **Respondent.**

\_\_\_\_    **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

 X   **Decision by Court.**   A decision has been rendered by the Court without a hearing or trial**.**

     **Pursuant to the ORDER filed December 9, 2014, JUDGMENT is hereby entered DISMISSING this case.**

Date:  December 9, 2014                        JOHN P. HEHMAN, CLERK

                                     */S/ Andy F. Quisumbing*
                                     (By) Andy F. Quisumbing
                                      Courtroom Deputy Clerk